

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-15-00656-CR

The **STATE** of Texas,
Appellant

v.

Gwen **JENNINGS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR141129
Honorable Susan Harris, Judge Presiding

## O R D E R

The appellee's motion to publish opinion is granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court